# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAQUAN DEVONTE JETER | ) | Case No. 3:25-mj-00076-WCM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 23, 2025___ in the county of ___Mecklenburg___ in the ___Western___ District of ___North Carolina___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

_/s/ Eric Gavin_
*Complainant's signature*

Eric Gavin, Special Agent, ATF
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date:  03/26/2025

City and state:  ___Asheville, North Carolina___

Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*