## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eric Gavin, a Special Agent with ATF, being duly sworn, deposes and says:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since October of 2019. I am currently assigned to the Charlotte Field Division (CFD), Violent Crime Task Force (VCTF). I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy; as a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws and know that it is a violation of Title 18 United States Code, Section 922(g)(1), to be a person having been convicted of a crime punishable by imprisonment for a term exceeding one year and be in possession of a firearm. As a result of my training and experience, the affiant is empowered to investigate violations of federal law.

2. The information contained in this Affidavit is based on my personal participation in this investigation and from information provided to me by other law enforcement officers as well as investigative reports. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of the defendant identified herein, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite foundation for a probable cause finding that DAQUAN DEVONTE JETER committed a violation of 18 U.S.C. § 922(g)(1).

3. On September 18, 2017, JETER was sentenced in the Superior Court of Mecklenburg County, North Carolina upon conviction for Second Degree Kidnapping in violation of North Carolina General Statute 14-39, to term 16-29 months in prison. The prison sentence was suspended for an 18 month period of probation.

4. On March 23, 2025 around 1 a.m., T.P. reported to the Charlotte-Mecklenburg Police Department that JETER, who is T.P.'s ex-boyfriend, discharged a shotgun after a physical and verbal argument between JETER and T.P. T.P. stated the incident occurred at a location on Winchelsea Drive in Charlotte, North Carolina. T.P. also reported that a four-year-old child was present during the shooting. Officers reported that T.P. appeared to be intoxicated at the time of the report. T.P.'s sister, M.M. reported that she was on the phone with T.P. at the time the firearm was discharged. M.M. reports that she could hear JETER yell "B****, I am going to kill you". M.M reports she then heard what M.M. believed to be two gunshots.

5. Responding officers found five shotgun shells at the scene where T.P. reported the shooting had occurred. Officers also noticed damage to a stop sign that appeared consistent with sign being struck with buckshot.

6. At approximately 2:25 a.m. on March 23, 2025, Officers with the Mint Hill Police Department located JETER inside a vehicle on Kuck Road in Mint Hill, North Carolina. JETER was unconscious, in the driver's seat of the vehicle, and holding onto a 20-gauge shotgun. A four-year-old child was inside the vehicle with JETER. JETER was taken into custody by Mint Hill officers.

7. After being taken into custody, JETER became combative and threatened to rape and murder family members of the arresting officers.

8. The weapon made from a shotgun was recovered from JETER by the Mint Hill police officers and is described as a Harrington & Richardson Arms Co, Topper M48. The firearm was not manufactured in the State of North Carolina and, therefore, travelled in interstate commerce.

## Conclusion

9. Based on the foregoing information, probable cause exists to believe that **JETER** committed the following violation in the Western District of North Carolina, possession of a firearm by a convicted felon 18 U.S.C. § 922(g)(1).

*\*\*This affidavit was reviewed by AUSA Timothy Sielaff.*

*/s/ Eric Gavin*
Eric Gavin
Special Agent, ATF

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 26th day of March, 2025, at 8:44 AM

W. Carleton Metcalf
United States Magistrate Judge